

**NUMBERS 13-12-00323-CR AND 13-12-00324-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**GEORGE EDWARD CURIEL,**                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                          **Appellee.**

**On appeal from the 107th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, George Edward Curiel, by and through his attorney, has filed motions to dismiss his appeals. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure

42.2(a) and dismiss the appeals.   Having dismissed the appeals at appellant's request,

no motions for rehearing will be entertained, and our mandates will issue forthwith.


PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of July, 2012.